**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| DEUTSCHE BANK, NATIONAL TRUST COMPANY, | : No. 407 WAL 2019 |
| | : |
| Respondent | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| | : |
| GINA ACKERMAN, | : |
| | : |
| Petitioner | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 21st day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.